In the Matter of MORRIS ROSENTOVER, Respondent, against J. J. WEISS et al., Appellants.

(Argued October 1, 1936; decided October 20, 1936.)

*Jacob W. Friedman, Joseph J. Weiss* and *A. L. Weiss* for appellants.

*Monroe J. Weinstein* and *Sidney Zasuly* for respondent.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.